```
McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:04-CR-5171 AWI |
| Plaintiff, | ) |
| v. | ) ORDER |
| DIMAS PENA OLIVARES, | ) |
| Defendant. | ) |

Having read and considered the parties' stipulation to continue the filing date of the sentencing in this matter,

IT IS THE ORDER of the Court that the current sentencing of January 22, 2008, will be vacated and reset for March 3, 2008, at 9:00 a.m.

DATED: January 17, 2008        _/s/ Anthony W. Ishii_____
                                ANTHONY W. ISHII
                                U.S. District Judge

1