McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:04-CR-5171 AWI |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DIMAS PENA OLIVERAS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Having read and considered the parties' stipulation to vacate the defendant's sentencing date of August 18, 2008,

IT IS THE ORDER of the Court that the defendant's current sentencing date of August 18, 2008, will be vacated and reset for October 20, 2008, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   August 15, 2008**            /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE

1