```
LAWRENCE G. BROWN
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:04-CR-5171 AWI |
| Plaintiff, | ) |
| v. | ) ORDER |
| DIMAS PENA OLIVERAS, | ) |
| Defendant. | ) |

Having read and considered the parties' stipulation to vacate the defendant's sentencing date of January 26, 2009,

IT IS THE ORDER of the Court that the defendant's current sentencing date of January 26, 2009, will be vacated and reset for April 6, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:     January 22, 2009**              /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE

1