```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
DIMAS OLIVARES-PENA
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 04 CR 5171 AWI |
| vs. | |
| DIMAS OLIVARES-PENA, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| Defendant. | |

Defendant DIMAS OLIVARES-PENA by and through his attorney James R. Homola, and the united States of America, by and through its attorney, KAREN A. ESCOBAR, Assistant U.S. Attorney, hereby enter into the following stipulation:

The parties to this case agree to vacate the June 29, 2009 sentencing date, and to reset the matter for August 17, 2009 at 9:00 am.  The continuance is necessary to effectuate the terms of

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

the plea agreement.

DATED: June 25, 2009

    /s/ James R. Homola         /S/ Karen A. Escobar
    JAMES R. HOMOLA            KAREN A. ESCOBAR
    Attorney for Defendant     Assistant U.S. Attorney
    DIMAS PEÑA OLIVARES

### ORDER

**IT IS SO ORDERED.** The intervening period of delay is excused in the interests of justice, pursuant to 18 USC §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 25, 2009**               */s/ Anthony W. Ishii*
                                            CHIEF UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111