LAWRENCE G. BROWN
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:04-CR-5171 AWI |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| DIMAS PENA OLIVERAS, | ) | |
| Defendant. | ) | |

Having read and considered the parties' stipulation to vacate the defendant's sentencing date of October 19, 2009,

IT IS THE ORDER of the Court that the defendant's current sentencing date of October 19, 2009, will be vacated and reset for November 16, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:    September 24, 2009**          /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE

1